181 F.2d 501
 ADATTO,
v.
UNITED STATES OF VENEZUELA.
 No. 203, Docket 21618.
 United States Court of Appeals Second Circuit.
 Argued April 12, 1950.
Decided April 26, 1950.
 
 Louis Granick, New York City, for appellant.
 Hobart L. Brinsmade, New York City, for appellee.
 Before L. HAND, Chief Judge, and SWAN and CHASE, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the authority of Puente v. Spanish National State, 2 Cir., 116 F.2d 43, certiorari denied 314 U.S. 627, 62 S.Ct. 57, 86 L.Ed. 504.